Posson
v.
Brown.

## Posson *against* Brown.

*Though the proceedings and judgment in a justice's court, are not, strictly and technically, a record, yet parol evidence of them is not admissible; but the written minutes, or evidence of the proceedings, must be produced; and they may be verified by the testimony of the justice.*

IN ERROR, on *certiorari*, from a justice's court. *Brown* brought an action of *assumpsit* against *Posson*, before the justice, for money had and received, money paid, &c. At the trial, *Brown* offered a justice of the peace (*P. I. Hoes*) as a witness to prove that there had been a trial in a suit before him, in which a judgment was given for *Posson*, against *Brown*, for 16 dollars, damages and 4 dollars and 81 cents, costs. This evidence was objected to, but admitted by the justice. The defendant then offered to inquire of the witness what was the evidence before him on the trial of that cause; but this was overruled by the justice; and a verdict was found for the plaintiff, for 22 dollars, and the costs.

*Per Curiam.* The return to the *certiorari*, in this case, is very obscurely drawn; and it is difficult to discover the real grounds of the action. As the judgment obtained before the other justice, (*Hoes*,) in favour of *Posson* against *Brown*, was given in evidence, it is most probable that the present suit was brought to recover back the money recovered of the plaintiff below, in the other suit. The judgment, at all events, was deemed material evidence. The question then is, whether that judgment was duly proved.

Though the proceedings and judgment before a justice may not be, technically, a *record*, yet the material parts are in writing, and ought to be produced. Parol evidence of such proceedings is not the highest or best evidence in the power of the party; and ought not, therefore, to be admitted. The magistrate should, at least, produce the written evidence of his proceedings, as far as the same is in his possession or power. The statute, (1 *N. R. L.* 398. sess. 36. c. 53. s. 21.) directing the manner in which the proceedings before justices of the peace are to be authenticated, seems to regard such proceedings as in the nature of a record.

Though the magistrate would be a competent witness to verify the written evidence of the proceedings before him, it would be repugnant to the sound and salutary rules of evidence to dispense with the production of the written minutes.

Judgment reversed.